**Christopher GERLT, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. WD 59561.**

Missouri Court of Appeals, Western District.

May 14, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joshua R. Bullock, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Andrew S. Talge, Kansas City, MO, for respondent.

Before HOLLIGER, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

The Director of Revenue appeals the trial court's judgment reinstating the driving privileges of Christopher Gerlt, following his arrest for driving under the influence of alcohol and refusal to submit to a breathalyzer test. For reasons stated in the Memorandum provided to the parties, we affirm the judgment. Rule 84.16(b).